631 A.2d 1001

**COMMONWEALTH of Pennsylvania ex rel. David J. TULOWITSKI, District Attorney**

**v.**

**Barry E. BLACK, State Constable, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 22, 1993.

Decided Oct. 15, 1993.

*ORDER*

PER CURIAM:

Order affirmed.